IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANEDO,

        Plaintiff,

v.

AVIS BUDGET GROUP INC ET AL,

        Defendant.

No. C 14-02921 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 30, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 27, 2015.

DESIGNATION OF EXPERTS: 5/8/15; REBUTTAL: 5/22/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 19, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 27, 2015;

    Opp. Due April 10, 2015;  Reply Due April 17, 2015;

    and set for hearing no later than May 1, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 4, 2015 at 3:30 PM.

JURY TRIAL DATE: August 17, 2015  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete mediation by 12/5/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/14

                        SUSAN ILLSTON
                        United States District Judge