Allan A. Villanueva, Bar No. 163480
Law Office of Allan A. Villanueva
1001 Bayhill Drive, Suite 200
San Bruno, CA 94066
Telephone:    (650) 616-4144
Facsimile:    (650) 479-3086
Email:        allanvillanuevalaw@gmail.com

Attorney for Plaintiff
Eddie Canedo

**GRANTED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CANEDO,<br><br>                    Plaintiffs,<br>    vs.<br><br>AVIS BUDGET GROUP, INC.; AB CAR RENTAL SERVICES, INC.; AVIS BUDGET CAR RENTAL, LLC; AND TEAMSTERS LOCAL UNION NO. 665,<br><br>                    Defendants. | Case No.: C 14-CV-02921-SI<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Honorable Susan Illston |

---

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by plaintiff EDDIE CANEDO, on the one hand, and defendants AVIS BUDGET GROUP, INC.; AB CAR RENTAL SERVICES, INC.; AVIS BUDGET CAR RENTAL, LLC ("AVIS") and TEAMSTERS LOCAL UNION NO. 665, on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 9, 2015                     */s/ Allan A. Villanueva*
                                           Allan A. Villanueva
                                           Attorney for Plaintiff Eddie Canedo

DATED: January 26, 2015                    */s/ Angela J. Rafoth*[1]
                                           Angela J. Rafoth
                                           Littler Mendelson, P.C.
                                           Attorneys for Defendants
                                           AVIS BUDGET GROUP, INC.; AB CAR
                                           RENTAL SERVICES, INC.; AVIS
                                           BUDGET CAR RENTAL, LLC

DATED: January 26, 2015                    */s/ Andrew H. Baker*
                                           Andrew H. Baker
                                           Attorney for Defendant
                                           Teamsters Local Union 665

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the attorney with whose ECF credentials this document is filed hereby attests that concurrence in the filing of this document has been obtained from each of the other Signatories, whose consent is reflected by conformed signature. The filer further attests that records to support this concurrence are being maintained as required by the Local Rules for subsequent production for the Court, if so ordered, or for inspection upon request by a party.

---

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)